UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
:
GE LIGHTING SOLUTIONS, LLC.,              :
                                          :    CASE NO. 1:12-cv-00354
            Plaintiff,                    :
                                          :
vs.                                       :    JUDGMENT
                                          :
AGILIGHT, INC.,                           :
                                          :
            Defendant.                    :
                                          :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

The Court has issued its opinion in the above-captioned matter. For the reasons stated in that opinion, the Court grants Defendant's motion for summary judgment. Accordingly, this action is **TERMINATED** under Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.


Dated: March 18, 2013             s/    *James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE