**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| GE LIGHTING SOLUTIONS, LLC,  )  | |
| ) | CIVIL ACTION NO. |
| Plaintiff,          ) | 1:12-cv-00354-JG |
| ) | |
| v.                  ) | JUDGE JAMES S. GWIN |
| ) | MAGISTRATE JUDGE McHARGH |
| ) | |
| AGILIGHT, INC.      ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant.          ) | |
| ) | |

**GE LIGHTING SOLUTIONS, LLC'S NOTICE OF APPEAL**

Plaintiff GE Lighting Solutions, LLC ("GE") hereby appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered by the district court in this case on March 18, 2013 (Doc #: 44), and from any and all orders, rulings, findings, and/or conclusions decided adversely to GE, in whole or in part, including but not limited to the following: the March 18, 2013 Summary Judgment (Doc #: 43); the January 8, 2013 Partial Summary Judgment (Doc #: 38); and the December 13, 2012 Claim Construction Order (Doc #: 32).

Included herewith is the payment of the $5 filing fee required by 28 U.S.C. § 1917, and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

Date: March 20, 2013

Respectfully submitted

By:*/s/David L. Terrell*
James D. Vail
Ohio State Bar No. 0006723
**SCHNEIDER, SMELTZ, RANNEY, & LAFOND PLL**
1111 Superior Avenue, Suite 1000
Cleveland, OH 44114-2568
Telephone: (216) 696-4200
Facsimile: (216) 696-7303
jvail@ssrl.com

Robert J. McAughan, Jr.
Texas State Bar No. 00786096
*Lead Attorney*
David L. Terrell
Texas State Bar No. 24063030
**SUTTON, MCAUGHAN & DEAVER, PLLC**
3 Riverway, Suite 900
Houston, Texas 77056
Telephone: (713) 800-5700
Facsimile: (713) 800-5699
bmcaughan@smd-iplaw.com
dterrell@smd-iplaw.com
*Admitted Pro Hoc Vice*

*Attorneys for Plaintiff*
**GE Lighting Solutions LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2013, a copy of the foregoing was served on counsel for Defendant AgiLight, Inc. via the ECF system, in accordance with the Federal Rules of Civil Procedure, and via email (jpauerstein@rpsalaw.com).


By:*/s/ David L. Terrell*

    David L. Terrell
    Texas State Bar No. 24063030
    **SUTTON, MCAUGHAN & DEAVER, LLP**
    3 Riverway, Suite 900
    Houston, Texas 77056
    Telephone: (713) 800-5700
    Facsimile: (713) 800-5699
    dterrell@smd-iplaw.com
    *Admitted Pro Hoc Vice*

    ***Attorney for Plaintiff***
    **GE Lighting Solutions LLC**