IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GE LIGHTING SOLUTIONS, LLC, | ) CASE NO. 1:12-cv-00354-JG |
| Plaintiff, | ) |
| | ) JUDGE JAMES S GWIN |
| v. | ) MAGISTRATE JUDGE MCHARGH |
| | ) |
| AGILIGHT, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL AND REQUEST FOR ORDER CONFIRMING THE SAME

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff GE Lighting Solutions, LLC and Defendant AgiLight, Inc. file this stipulation of dismissal of all claims and counterclaims in this action with prejudice, with each party to bear its own costs, attorney's fees and expenses.

The Parties further request the Court to enter the attached proposed Order confirming this dismissal.

Date:  October 1, 2014              Respectfully submitted

                                    By: /s/David L. Terrell   .
                                        James D. Vail
                                        Ohio State Bar No. 0006723
                                        **SCHNEIDER, SMELTZ, RANNEY, & LAFOND PLL**
                                        1111 Superior Avenue, Suite 1000
                                        Cleveland, OH 44114-2568
                                        Telephone:  (216) 696-4200
                                        Facsimile:   (216) 696-7303
                                        jvail@ssrl.com

                                        Robert J. McAughan, Jr.
                                        Texas State Bar No. 00786096
                                        *Lead Attorney*
                                        David L. Terrell

        Texas State Bar No. 24063030
**SUTTON, MCAUGHAN & DEAVER, LLP**
3 Riverway, Suite 900
Houston, Texas 77056
Telephone:  (713) 800-5700
Facsimile:   (713) 800-5699
bmcaughan@smd-iplaw.com
dterrell@smd-iplaw.com
*Admitted Pro Hoc Vice*

***Attorneys for Plaintiff*
GE Lighting Solutions LLC**


*/s/ with permission      .*
Jonathan D. Pauerstein
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 East Mulberry
Suite 200
San Antonio, Texas, 78212
Telephone: (210) 244-8830
Facsimile: (210) 244-8930
jpauerstein@rpsalaw.com

Harry D. Cornett, Jr. (0013179)
Benjamin C. Sassé (0072856)
TUCKER ELLIS, LLP
925 Euclid Avenue
Suite 1150
Cleveland, OH 44115-1414
Telephone: 216.592.5000
Facsimile: 216.592.5009
harry.cornett@tuckerellis.com
benjamin.sasse@tuckerellis.com

**Attorneys for AgiLight, Inc.**